PEOPLE EX REL. HENRY W. COOLEY v. EMANUEL FITZ-
GERALD, MAYOR OF PORT HURON, AND FRANK
L. FOLLANSBEE, CLERK.

*Contested election—Final decision of statutory tribunal.*

The charter of Port Huron makes the common council the final
judges of the election of aldermen. *Held* that mandamus would
not lie to compel them to reinstate one whom they had excluded
without a proper hearing on the merits.

MANDAMUS applied for to compel relator's reinstate-
ment in the office of alderman from which he had been
excluded by action of the common council declaring his
opponent elected, and as he claimed without a proper
hearing upon the merits. Submitted and denied June 3.

*A. R. Avery* and *D. C. Holbrook* for relator.

PER CURIAM. The charter of Port Huron in force when
this controversy began made the common council the
final judges as to the election of its members. It was
not contemplated that such questions should be subjected
to the delays and formalities of judicial proceedings.
No doubt fairness requires that the rights of parties in
such cases shall not be disposed of without giving them
a chance to be heard, but although the course taken, if
the papers are true, was very censurable, we cannot
review it.

Mandamus refused.